IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00476-FDW-DSC

| | |
|---|---|
| LANCELOT B. HAINES, <br> As Executor of the Estate of <br> Mama Wancha Express Trust, <br><br> Plaintiff, <br><br> v. <br><br> TRUSTEE SERVICES OF <br> CAROLINA, LLC; <br> THOMAS E. MCDONALD; <br> JP MORGAN CHASE BANK, <br> N.A.; <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on an initial review of Plaintiff's *pro se* complaint and his motion to proceed *in forma pauperis*.

Plaintiff Haines filed this complaint and he contends that he is bringing this action in his capacity as the Executor of the Mama Wancha Trust in an effort to quiet title to real property located in Mecklenburg County, North Carolina. Plaintiff does not identify himself as a licensed attorney and there is no record of Plaintiff on the website of the North Carolina State Bar.

North Carolina law provides, in relevant part, that no person shall represent the interests of another in a judicial proceeding "except active members of the Bar of the State of North Carolina . . ." See N.C. Gen. Stat. § 84-4 (1995). Plaintiff will be provided 10-days from entry of this Order to provide proof to the Clerk's Office that he is licensed to practice law in North Carolina and failure to provide the necessary proof will result in dismissal of this action and

1

without further notice.

       **SO ORDERED.**

       Signed: November 9, 2015

Frank D. Whitney
Chief United States District Judge