# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| LANCELOT B. HAINES, <br> As Executor of the Estate of Mama Wancha Express Trust**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15CV476-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| TRUSTEE SREVICES OF CAROLINA, LLC; THOMAS E. McDONALD; JP MORGAN CGHASE BANK, N.A.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 10, 2015 Order.

December 10, 2015

_____
Frank G. Johns, Clerk
United States District Court